No. 227. GREAT NORTHERN RAILWAY CO. *v.* LUMBER & SAWMILL WORKERS, LOCAL UNION No. 2409, ET AL. C. A. 9th Cir. Certiorari denied. *Taylor B. Weir* and *Edwin C. Matthias* for petitioner. *James R. Browning* for respondents.

No. 228. DOBY ET AL. *v.* BROWN ET AL., TRUSTEES, ET AL. C. A. 4th Cir. Certiorari denied. *Frank Thomas Miller, Jr.* for petitioners. *Staton P. Williams* for respondents.

No. 230. OMAHA PUBLIC POWER DISTRICT ET AL. *v.* O'MALLEY, COLLECTOR OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Reece A. Gardner* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice* and *Robert N. Anderson* for respondent.

No. 232. FUNKHOUSER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. Petitioners *pro se. Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice, A. F. Prescott* and *Walter Akerman, Jr.* for respondent.

No. 234. COOPER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *George C. Dyer* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice* and *Dickinson Thatcher* for the United States.

No. 235. BLAU ET AL. *v.* CALIFORNIA ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Murray M. Chotiner* and *Russell E. Parsons* for petitioners.